# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2007

134538

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEAN PIERRE COMPEAU,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134538
COA: 277908
Kent CC: 05-001539-FH

_____/

On order of the Court, the application for leave to appeal the June 12, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for resentencing.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2007

Clerk

t1024